IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACK DANIEL'S PROPERTIES, INC. | ) ) ) |
| v. | ) NO. 3-13-1156 ) JUDGE CAMPBELL |
| J&M CONCEPTS, LLC and POPCORN SUTTON DISTILLING, LLC | ) ) ) |

ORDER

The parties have filed a Joint Notice of Compromise and Dismissal (Docket No. 20), indicating that all matters in dispute herein have been resolved. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file.

Any pending Motions are denied as moot. The pretrial conference set for January 26, 2015, and the jury trial set for February 3, 2015, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE